JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HUERTA & KATHLEEN HUERTA, | Case No. EDCV 12-01702 VAP (SPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITIMORTGAGE, INC; QUALITY LOAN SERVICE CORPORATION; AND DOES 1 THROUGH 10 INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 28, 2012

VIRGINIA A. PHILLIPS
United States District Judge